**WO**  MDR

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CV 12-214-PHX-GMS (DKD) |
| Plaintiff, ) | No. CR 11-1302-PHX-GMS |
| v. ) | **ORDER** |
| Oscar Antonio Gonzales-Garcia, ) | |
| Defendant/Movant. ) | |

On January 31, 2012, Movant Oscar Antonio Gonzales-Garcia, who is confined in the Burnet County Jail in Burnet, Texas, file a *pro se* "Motion for Time Reduction by an Inmate in Federal Custody." In a January 31, 2012 Order, the Court advised Movant that the Court could not construe his Motion for Time Reduction as a motion pursuant to 18 U.S.C. § 3582(c), notified Movant that the Court intended to construe his Motion for Time Reduction as a motion pursuant to 28 U.S.C. § 2255, warned Movant of the consequences of such a recharacterization, and gave Movant 30 days to file **either** (a) a notice withdrawing his Motion for Time Reduction, or (b) an amended "Motion to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody (Motion Under 28 U.S.C. § 2255)."

On February 28, 2012, Movant filed an Amended § 2255 Motion. In a March 2, 2012 Order, the Court denied the Amended Motion because it did not comply with Local Rule of Civil Procedure 7.1(b)(1). The Court gave Movant 30 days to file a second amended motion that cured the deficiency identified in the Order.

. . . .

JDDL

**I.     Pending Motion**

On April 2, 2012, Movant filed a Motion for Extension of 30 Days (Doc. 9). He seeks a 30-day extension of time because he is waiting for his "final destination and the Marshal[ will] not allow [him] to carry any paperwork with [him]." The Court, in its discretion, will grant the Motion and will give Movant an additional 30 days to file his second amended § 2255 motion.

**II.    Warnings**

**A.     Address Changes**

Movant must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure. Movant must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this § 2255 action.

**B.     Copies**

Movant must submit an additional copy of every filing for use by the Court. See LRCiv 5.4. Failure to comply with this requirement may result in the filing being stricken without further notice to Movant.

**C.     Possible Dismissal**

If Movant fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this § 2255 action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)    Movant's Motion for Extension of 30 Days (Doc. 9 in CV 12-214-PHX-GMS (DKD)) is **granted**. Movant has **30 days** from the date of filing of this Order to file a second amended motion in compliance with this Order.

. . . .

. . . .

. . . .

1    (2) If Movant fails to file a second amended motion within 30 days, the Clerk of
2 Court must, without further notice, terminate Document 25 in CR 11-1302-PHX-GMS) and
3 enter a judgment of dismissal of the civil action (CV 12-214-PHX-GMS (DKD)) opened in
4 connection with the Motion for Time Reduction, without prejudice.

DATED this 3rd day of April, 2012.

*A. Murray Snow*
/G. Murray Snow
United States District Judge

- 3 -